People v Story (2024 NY Slip Op 00034)

People v Story

2024 NY Slip Op 00034

Decided on January 04, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 04, 2024

Before: Singh, J.P., Scarpulla, Pitt-Burke, Higgitt, O'Neill Levy, JJ. 

Ind No. 6605/96 Appeal No. 1341 Case No. 2021-03099 

[*1]The People of the State of New York, Respondent,
v
Robert Story, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Adrienne Wells of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Larry Glasser of counsel), for respondent.

Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered on or about August 13, 2021, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court's assessment of 15 points under the risk factor for drug or alcohol abuse was supported by clear and convincing evidence, which consisted of defendant's admissions to drug and alcohol use, convictions for drug possession, diagnostic assessment, referral to substance abuse treatment, and disciplinary infraction for alcohol possession (see People v Neal, 214 AD3d 421 [1st Dept 2023], lv denied 39 NY3d 916 [2023]; People v Correa, 202 AD3d 413, 414 [1st Dept 2022], lv denied 38 NY3d 909 [2022]).
The court providently exercised its discretion in declining to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were either adequately taken into account by the risk assessment instrument or were outweighed by the aggravating factors.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 4, 2024